UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
OPERATIVE PLASTERERS' and CEMENT        :
MASONS' INTERNATIONAL ASSOCIATION,      :
LOCAL 262,                              :    09 Civ. 5050 (DLC)
                                        :
                    Plaintiff,          :    ORDER OF
                                        :    DISCONTINUANCE
           -v-                          :
                                        :
BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL :
#1, NEW YORK; BUILDING TRADES           :
EMPLOYERS' ASSOCIATION; and BUILDING    :
and CONSTRUCTION TRADES COUNCIL OF      :
GREATER NEW YORK,                       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if an application to restore the action is made within thirty days.

   SO ORDERED:

Dated:   New York, New York
         October 19, 2009

                                   _____
                                          DENISE COTE
                                   United States District Judge